**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DANIEL MASON,

    Plaintiff,                              CASE NO. 18-cv-13050

                                              HON. MARIANNE O. BATTANI

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Daniel Mason brings this action pursuant to 42 U.S.C. § 405(g), challenging the final decision of the Commissioner denying his applications for disability insurance benefits (DIB) and supplemental social security income benefits (SSI) under the Social Security Act. The case was referred to Magistrate Judge Elizabeth A. Stafford pursuant to 28 U.S.C. § 636(b)(1)(B) to review the final decision.

The parties filed cross-motions for summary judgment. In a Report and Recommendation ("R&R") dated October 4, 2019, Magistrate Judge Stafford recommended that Defendant's motion be granted and that Plaintiff's motion be denied. In her R&R, the Magistrate Judge informed the parties that objections to the R&R needed to be filed within 14 days of service and that a party's failure to file objections would waive any further right of appeal. (ECF No. 19 at 16).

Neither party filed an objection. Because no objection has been filed in this case, the parties waived their right to *de novo* review and appeal. Moreover, this Court

agrees with the thorough analysis contained in the R&R.

Accordingly, the Court **ADOPTS** the Magistrate Judge's recommendation, **DENIES** Plaintiff's Motion for Summary Judgment, **GRANTS** Defendant's Motion for Summary Judgment, and the ALJ's decision is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

Date: January 22, 2020
s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge